# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 7 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 29, 2014, the cause upon appeal to revise or reverse your judgment between

Bill Miller Bar-B-Q Enterprises Ltd., Appellant

V.

Faith H. Gonzales, Appellee

No. 04-13-00704-CV and Tr. Ct. No. 361586

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding attorney's fees is REVERSED, and the cause is REMANDED to the trial court for a new trial limited to the issue of attorney's fees. It is ORDERED that appellant, Bill Miller Bar-B-Q Enterprises, Ltd., recover its costs in this appeal from appellee, Faith H. Gonzales.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 7, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00704-CV

**Bill Miller Bar-B-Q Enterprises Ltd.**

**v.**

**Faith H. Gonzales**

(NO. 361586 IN COUNTY COURT AT LAW NO. 7 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | LESLIE HYMAN |
| MOTION FEE | $10.00 | E-PAID | ALAN BRAUN |
| MOTION FEE | $10.00 | E-PAID | ALAN BRAUN |
| MOTION FEE | $10.00 | E-PAID | RANDALL PULMAN |
| CLERK'S RECORD | $0.00 | UNKNOWN | LESLIE SARA HYMAN |
| CLERK'S RECORD | $215.00 | PAID | LESLIE SARA HYMAN |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | RANDALL L. PULMAN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | RANDALL L. PULMAN |
| FILING | $100.00 | E-PAID | RANDALL L. PULMAN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | RANDALL L. PULMAN |
| INDIGENT | $25.00 | E-PAID | RANDALL L. PULMAN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 7, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853